**John Harold ARCE–PACHECO, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 13–70799.

United States Court of Appeals, Ninth Circuit.

Submitted June 22, 2015.*

Filed June 25, 2015.

Samuel Campbell Marsh, Law Office of Samuel C. Marsh, Del Mar, CA, for Petitioner.

Before: HAWKINS, GRABER, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

John Harold Arce–Pacheco, a native and citizen of Peru, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his application for withholding of removal and protection under the Convention Against Torture ("CAT"). Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

In the opening brief, petitioner does not raise any arguments challenging the BIA's reasons for denying Arce–Pacheco's with-

holding of removal or CAT claims, and instead raises several due process contentions that do not relate to this record. We lack jurisdiction to review these claims because they were not raised to the BIA. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir.2004) (court lacks jurisdiction over procedural due process claims that were not exhausted before the agency).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

